UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

NICHOLAS ELMER,

                Plaintiff,

   v.

PRECISION CASTPARTS CORP., a
Oregon corporation, and PCC
STRUCTURALS, INC., an Oregon
corporation,

                Defendants.

Case No.:  3:18-cv-00122-MO

**JUDGMENT**

MOSMAN, District Judge:

On August 7, 2019, the Court granted Defendants' Motion for Summary Judgment (Dkt.

#21) against Plaintiff's claims.  Accordingly, this action is dismissed with prejudice, and without

attorney fees or costs to either party.

IT IS SO ORDERED.

Dated this _19th_ day of August, 2019.

_____
Michael Mosman
United States District Judge

Page  1  -  JUDGMENT

103146723.1 0027928-00272